UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYNELL LENNIX & DIREDRE, ET AL. | CIVIL ACTION |
| VERSUS | NO: 07-1206 |
| ALLSTATE INSURANCE COMPANY, ET AL. | SECTION: "A" (1) |

## ORDER AND REASONS

Before the Court is a **Motion to Sever and to Remand (Rec. Doc. 5)** filed by plaintiffs Raynell and Diredre Lennix. Plaintiffs move to sever the non-diverse defendants from the claim against Allstate and to remand the claims against those non-diverse defendants to state court. Allstate has no opposition to Plaintiffs' motion.

Accordingly;

**IT IS ORDERED** that the **Motion to Sever and to Remand (Rec. Doc. 5)** filed by plaintiffs Raynell and Diredre Lennix should be and is hereby **GRANTED**. The claims against defendants Louisiana Citizens Property Insurance Corp. and Louisiana Citizens Fair Plan are **SEVERED** from the claims against defendant Allstate;

**IT IS FURTHER ORDERED** that the claims against defendants Louisiana Citizens Property Insurance Corp. and Louisiana Citizens Fair Plan are **REMANDED** to the state court from which they were removed pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.

April 30, 2007

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE